# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131307 & (15)(16)(17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AARON NICHOLAS PRYOR,
      Defendant-Appellant.

SC: 131307
COA: 268627
Wayne CC: 05-008090-01

_____/

On order of the Court, the motion for immediate consideration is DENIED. The application for leave to appeal the April 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

t0918